**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 4 EAL 2018

                                    Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

                                 v.   :

ROBERT LINCOLN,   :

                                  Petitioner   :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 4th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.